Submitted on record and briefs August 1, reversed and remanded
September 10, 1997

In the Matter of Paul Yauger,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

PAUL YAUGER,
*Appellant.*

(9608-68047; CA A94426)

945 P2d 95

Paul L. Breed filed the brief for appellant.

Hardy Myers, Attorney General, Virginia L. Linder, Solicitor General, and Sharon R. Schooley, Assistant Attorney General, filed the brief for respondent.

Before De Muniz, Presiding Judge, and Haselton, Judge, and Rossman, Senior Judge.

PER CURIAM

Reversed and remanded. *State v. Tardanico*, 132 Or App 230, 888 P2d 15 (1994).